UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DEANNE M HINSON | § § | |
| v. | § § | CASE NO. 4:20-CV-093 |
| STATE FARM LLOYDS | § | |

**MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 20, 2021, the Report of the Magistrate Judge, (Dkt. #49), was entered containing proposed findings of fact and recommendations that Defendant State Farm Lloyds's Motion to Exclude Testimony of Plaintiff's Expert "Lexie" and Brief in Support, (Dkt. #30), be granted. Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Defendant State Farm Lloyds's Motion to Exclude Testimony of Plaintiff's Expert "Lexie" and Brief in Support, (Dkt. #30), is **GRANTED**.

**So ORDERED and SIGNED this 4th day of February, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE